CHARLES McDEVITT, PLAINTIFF IN ERROR, v. THE MAYOR AND ALDERMEN OF JERSEY CITY, DEFENDANT IN ERROR.

Argued March 2. 1910—Decided June 20, 1910.

On error to Supreme Court, whose opinion is reported in 48 *Vroom* 375.

For the plaintiff in error, *Merritt Lane.*

For the defendant in error, *John Milton.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons stated in the opinion delivered by Mr. Justice Parker in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, SWAYZE, TRENCHARD, BERGEN, MINTURN, BOGERT, VREDENBURGH, VROOM, GRAY, DILL, CONGDON, JJ. 12.

*For reversal*—None.